UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KELLI GRAY, on behalf of herself and
all similarly situated individuals,

      Plaintiff,

v.                                                        Case No. 2:20-cv-00336-JLB-NPM

TOPDOGHR, INC.,

      Defendants.
_____/

## **ORDER**

      The parties have reached a settlement in this uncertified class action. (Doc. 25); see also Love v. Wal-Mart Stores, Inc., 865 F.3d 1322, 1325 (11th Cir. 2017). Pursuant to Local Rule 3.08(b), this action is **DISMISSED**, subject to the right of any party within sixty days to: (1) submit a stipulated form of final order or judgment; or (2) move to reopen the case for good cause. The Clerk is **DIRECTED** to close the case.

      **ORDERED** in Fort Myers, Florida, on December 21, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE